Jon D. Lichtenstein (JL2848)
GORDON & SILBER, P.C.
355 Lexington Avenue,
New York, New York  10017
(212) 8342-0600
Attorneys for Defendants Trammell Crow Corporate Services, Inc., Trammell Crow Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
:
IN RE: WORLD TRADE CENTER LOWER          :     *07CV05335 (AKH)*
MANHATTAN DISASTER SITE LITIGATION       :
:
———————————————————————X   :   NOTICE OF ADOPTION
:   OF ANSWER TO
*DONALD ARANA (and wife, LISA ARANA)      :   MASTER COMPLAINT
:
vs.                                      :
:
AMERICAN EXPRESS BANK, LTD, TRAMMELL CROW :
COMPANY, and TRAMMELL CROW CORPORATE      :
SERVICES, INC., ET. AL.                   :
:
———————————————————————X

**PLEASE TAKE NOTICE THAT** Defendants, TRAMMELL CROW COMPANY and TRAMMELL CROW CORPORATE SERVICES, INC., by their attorneys, Gordon & Silber, P.C. as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt TRAMMELL CROW COMPANY and TRAMMELL CROW CORPORATE SERVICES, INC.'s Answer to Master Complaint dated August 3, 2007 which was filed by in the matter of In Re World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH) as document #270 in the Electronic Filing System.

To the extent that Defendants' Answer to the Master Complaint does not comprehensively address the specific allegations within the Check-Off Complaint in the above captioned matter, Defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

Dated:      New York, New York
            September 7, 2007

By:_____/S/_____
Jon D. Lichtenstein (JL-2848)

MDS4916

TO: Paul Napoli, Esq.
   Worby Groner Edelman & Napoli Bern, LLP
   115 Broadway, 12th Floor
   New York, NY 10006

   Robert A. Grochow, Esq.
   233 Broadway, 5th Floor
   New York, NY 10279

   Gregory J. Cannata, Esq.
   Law Offices of Gregory J. Cannata
   233 Broadway, 5th Floor
   New York, NY 10279

   *Liaison Counsel for Plaintiffs*

   James E. Tyrell, Esq.
   Joseph Hopkins, Esq.
   Patton Boggs, LLP
   1 Riverfront Plaza, 6th Floor
   Newark, NJ 07102

   Thomas Egan, Esq.
   Flemming Zulack Williamson Zauderer, LLP
   One Liberty Plaza
   New York, NY 10006

   *Liaison Counsel for the Defendants*

MDS4916

## CERTIFICATION OF FILING OF NOTICE OF ADOPTION OF MASTER COMPLAINT OF TRAMMELL CROW COMPANY AND TRAMMELL CROW CORPORATE SERVICES, INC.

The undersigned certifies that on September 7, 2007, I caused the within Notice of Adoption of Master Complaint of Trammell Crow Company and Trammell Crow Corporate Service, Inc. to be electronically filed via the SDNY Court's ECF system:

Dated:	New York, New York
	September 7, 2007

By: _____/S/_____
Jon D. Lichtenstein (JL-2848)

JDL4926

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
                                                   :

IN RE: WORLD TRADE CENTER LOWER        :      *07CV05335 (AKH)*
MANHATTAN DISASTER SITE LITIGATION    :

———————————————————————X  :      **NOTICE OF ADOPTION**
                                                   :      **OF ANSWER TO**
*DONALD ARANA (and wife, LISA ARANA)   :      <u>**MASTER COMPLAINT**</u>

                vs.                              :

AMERICAN EXPRESS BANK, LTD, TRAMMELL CROW  :
COMPANY, and TRAMMELL CROW CORPORATE
SERVICES, INC., ET. AL.                              :

———————————————————————X

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF TRAMMELL CROW COMPANY AND TRAMMELL CROW CORPORATE SERVICES, INC.**

## GORDON & SILBER, P.C.

Attorneys for Defendants
Trammell Crow Company
Trammell Crow Corporate Services, Inc.
355 Lexington Avenue
New York, New York  100017
(212) 834-0600

JDL4926